IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-1088-RC |

## JOINT STATUS REPORT

Defendant Department of Justice ("DOJ") and Plaintiff Judicial Watch, by and through their undersigned counsel, hereby submit this Joint Status Report in response to the Court's July 10, 2018 Minute Order.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. The two FOIA requests at issue in this matter involve requests for information relating to communications between certain offices within DOJ and the U.S. Senate Committee on the Judiciary and the House Permanent Select Committee on Intelligence regarding alleged applications or renewals for FISA warrants of Carter Page or any other member of President Trump's presidential campaign. The FOIA requests in this matter were issued to the Federal Bureau of Investigation (FBI) and the Office of Legislative Affairs (OLA) in early February 2018.

### I. Office of Legislative Affairs (OLA) Request

The parties have met and conferred and agreed that the scope of the search in response to Judicial Watch's FOIA request served upon OLA would be limited to the responsive official communications between DOJ and the two Intelligence Committees members as well as the responsive emails of the 7 custodians most likely to communicate with the Intelligence Committees for the date range of June 1, 2016 through the date of the search.  DOJ anticipates that this search will take approximately 75 days.  Judicial Watch does not object to this proposed schedule.  Given that the searches are not yet completed and a volume of potentially responsive records is not yet known, it is premature for DOJ to commit to how much time it will take to process and produce all responsive, non-exempt records.  The parties intend to meet and confer after the searches are complete and propose filing a joint status report to include an estimated production schedule no later than October 12, 2018.

### II. Federal Bureau of Investigation (FBI) Request

DOJ has completed its search in response to the FOIA request served upon the FBI.  The FBI has located 166 pages of potentially responsive records subject to FOIA and estimates that processing will take approximately 90 days.

Judicial Watch's position is that 90 days to review 166 pages – only a fraction of which are likely responsive to the request – is not reasonable.  The FBI's proposal is to review 1.84 pages per calendar day or 2.68 pages per business day.  While still generous, Judicial Watch believes 30 days is a reasonable amount of time.

The FBI maintains that this time is necessary because the FBI is currently balancing this with dozens of other litigations with processing deadlines, in addition to the non-litigation processing at the FBI.  The FBI has approximately 200 active FOIA litigations, many of which

require rolling releases of approximately 500 pages per month.  Furthermore, with any amount of processing, the initial processing typically involves numerous "startup costs," including importing documents into the FBI's processing system, review for classified information review for exempt information, and multiple levels of review.  FBI additionally notes that Judicial Watch has no basis for knowing the proportion of records likely to be responsive before they are reviewed.  The responsiveness review, as described above, takes time.

Should briefing be necessary, the parties propose to file a joint status report with the Court no later than October 26, 2018 that includes a briefing schedule.

Dated: July 24, 2018

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt* _____
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs
Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*


*/s/ James F. Peterson*_____
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172


*Counsel for Plaintiff*