IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:18-cv-1088-RC <br> ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Defendant Department of Justice ("DOJ") and Plaintiff Judicial Watch, by and through their undersigned counsel, hereby submit this Joint Status Report in response to the Court's July 24, 2018 Minute Order.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. The two FOIA requests at issue in this matter involve requests for information relating to communications between certain offices within DOJ and the U.S. Senate Committee on the Judiciary and the House Permanent Select Committee on Intelligence regarding alleged applications or renewals for FISA warrants of Carter Page or any other member of President Trump's presidential campaign. The FOIA requests in this matter were received by the Federal Bureau of Investigation (FBI) and the Office of Information Policy (OIP), which is processing the FOIA request on behalf of the Office of Legislative Affairs (OLA), in February 2018.

## I.      Office of Legislative Affairs (OLA) Request

The parties have agreed that OIP, on behalf of OLA, will have six months to process and produce all non-exempt records responsive to Judicial Watch's FOIA request. During this period, OIP will make two interim responses, with the final response to occur no later than April 12, 2019.

## II.     Federal Bureau of Investigation (FBI) Request

The parties have agreed that FBI will complete its production of responsive, non-exempt information by October 19, 2018.

Should briefing be necessary, the parties propose to file a joint status report with the Court no later than April 19, 2019 that includes a briefing schedule.

Dated: October 12, 2018

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura Hunt*  _____
LAURA HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs
Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*


*/s/ James F. Peterson*_____
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*