IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:18-cv-1088-RC <br> ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Defendant Department of Justice ("DOJ") and Plaintiff Judicial Watch, by and through their undersigned counsel, hereby submit this Joint Status Report in response to the Court's October 12, 2018 Minute Order.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. The two FOIA requests at issue in this matter involve requests for information relating to communications between certain offices within DOJ and the U.S. Senate Committee on the Judiciary and the House Permanent Select Committee on Intelligence regarding alleged applications or renewals for FISA warrants of Carter Page or any other member of President Trump's presidential campaign. The FOIA requests in this matter were received by the Federal Bureau of Investigation (FBI) and the Office of Information Policy (OIP), which is processing the FOIA request on behalf of the Office of Legislative Affairs (OLA), in February 2018.

I. **Office of Legislative Affairs (OLA) Request**

The parties' original agreement was that OIP would complete production by April 12, 2019 and make two interim productions prior to the completion date. However, due to the lapse in appropriations, the parties have agreed to extend the production completion date to May 17, 2019 and forego the two interim productions.

II. **Federal Bureau of Investigation (FBI) Request**

The FBI has completed production of responsive, non-exempt records.

III. **Request for Joint Status Report by June 5, 2019**

The parties originally requested in the October 12, 2018 Joint Status Report that they would propose a briefing schedule, if briefing was necessary, by April 19, 2019. However, given production is not yet completed for OIP, the parties propose to file another joint status report that includes a briefing schedule, should briefing be necessary, by June 5, 2019.

Dated: April 19, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura A. Hunt*
LAURA A. HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs
Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 616-8207 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*

*/s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*