IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-1088-RC |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Defendant Department of Justice ("DOJ") and Plaintiff Judicial Watch, by and through their undersigned counsel, hereby submit this Joint Status Report in response to the Court's June 6, 2019 Minute Order.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. The two FOIA requests at issue in this matter involve requests for information relating to communications between certain offices within DOJ and the U.S. Senate Committee on the Judiciary and the House Permanent Select Committee on Intelligence regarding alleged applications or renewals for FISA warrants of Carter Page or any other member of President Trump's presidential campaign. The FOIA requests in this matter were received by the Federal Bureau of Investigation (FBI) and the Office of Information Policy (OIP), which is processing the FOIA request on behalf of the Office of Legislative Affairs (OLA), in February 2018.

I. **Office of Legislative Affairs (OLA) Request**

OIP has identified additional responsive records which it has referred to FBI for processing and direct response to Plaintiff. OIP and FBI anticipate that it will take five weeks until DOJ can release any non-exempt information (if any) or make a withholding determination.

II. **Federal Bureau of Investigation (FBI) Request**

FBI has completed production of responsive, non-exempt records.

III. **Request for Joint Status Report by August 30, 2019**

The parties request another Joint Status Report, to include a briefing schedule if necessary, to be filed by August 30, 2019.

Dated: July 12, 2019

Respectfully Submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura A. Hunt*
LAURA A. HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L St. NW
Washington, D.C. 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*

*/s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*