IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-1088-RC |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff is now satisfied with the agency's response to the Freedom of Information Act request at issue in this case. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, fees, and expenses.

Dated: August 30, 2019


Respectfully submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laura A. Hunt*
LAURA A. HUNT
Trial Attorney
Maryland Bar Member
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
(202) 616-8337 (office)
(202) 616-8470 (fax)
laura.a.hunt@usdoj.gov

*Attorneys for Defendant*

*/s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5175
jpeterson@judicialwatch.org

*Counsel for Plaintiff*